UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ROSE A. DURU,

    Plaintiff,

v.                                         CASE NO. 3:14-CV-04481-B-BK

JEFFREY W. HASTINGS,
KALI M. JACKSON, BAKER,
DONELSON, BEARMAN,

    Defendants.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

SO ORDERED this 24th day of March, 2015.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE